IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| AJILON, LLC, | * | |
| Plaintiff/ Counter-Defendant, | * | |
| v. | * | Civil Action No.: L02-CV4075 |
| SOFTSOL RESOURCES, INC., | * | |
| Defendant/ Counter-Plaintiff. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT ORDER

Upon consideration of Plaintiff/Counter-Defendant Ajilon, LLC's Consent Motion to Extend Time to Respond to Softsol Resources, Inc.'s Counter-Complaint, it is this 26 day of February, 2003,

ORDERED, that the said Consent Motion shall be, and it is hereby, granted; and it is further

ORDERED, that the time period for Plaintiff/Counter-Defendant to file its response to the Counter-Complaint is hereby extended by fifteen (15) days.

_____
United States District Judge

cc:   All Counsel of Record

