# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

### (NORTHERN DIVISION)

| | | |
|---|---|---|
| AJILON, LLC, | * | |
|     Plaintiff/ Counter-Defendant, | * | |
| v. | * | Civil Action No.: L02-CV4075 |
| SOFTSOL RESOURCES, INC., | * | |
|     Defendant/ Counter-Plaintiff. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March, 2003, a copy of **AJILON, LLC'S ANSWER TO COUNTER-COMPLAINT** which was electronically filed in this case on March 3, 2003, was mailed via first class mail, postage prepaid, to Chirag V. Patel, Esquire, Suite 300, 2225 Saint Paul Street, Baltimore, Maryland 21218-5806, Attorneys for Defendant/Counter-Plaintiff Softsol Resources, Inc.

                                                                                                /s/
                                        CHARLES J. MORTON
Federal Bar No. 8739
DANIEL P. MOYLAN
Federal Bar No. 24719
Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, Maryland 21285-5517
(410) 494-6200
(410) 821-0147 (fax)
Attorneys for Plaintiff/Counter-Defendant, Ajilon, LLC