IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AJILON LLC | * | |
|    Plaintiff | * | |
| v. | * | Civil Case No. L-02-4075 |
| SOFTSOL RESOURCES, INC. | * | |
|    Defendant | * | |

\* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2003 a copy of correspondence to The Honorable Benson Everett Legg regarding Joint Proposed Discovery Plan and attached Proposed Scheduling Order, which was electronically filed in this case on March 17. 2003, was mailed via first class mail, postage prepaid to: Chirag V. Patel, Esquire Law Office, 2225 St. Paul Street, Suite 300, Baltimore, MD 21218.

                                                       /s/
                                        Daniel P. Moylan    Bar No. 24719
                                        Venable, Baetjer and Howard, LLP
                                        210 Allegheny Avenue
                                        Towson, Maryland  21204
                                        Phone:  (410) 494-6258
                                        Fax:  (410) 821-0147

TO1DOCS1/DPM01#156922 v1