IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| AJILON, LLC, | * | |
|     Plaintiff/Counter-Defendant, | * | |
| v. | * | Civil Action No. WDQ-02-4075 |
| SOFSTOL RESOURCES, INC., | * | |
|     Defendant/Counter-Plaintiff. | * | |

\* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

I HEREBY CERTIFY on this 18th day of April, 2003, that a copy of

**PLAINTIFF/COUNTER-DEFENDANT AJILON SERVICES, INC.'S INTERROGATORIES TO SOFTSOL RESOURCES, INC.** was mailed, first class mail, postage prepaid, to:

> Chirag V. Patel, Esquire
> Suite 300
> 2225 Saint Paul Street
> Baltimore, Maryland  21218-5806
>
> Attorneys for Defendant/
> Counter-Plaintiff Softsol Resources, Inc.

>                 /s/
> _____
> Charles J. Morton, Jr.
> Federal Bar No. 8739
> Daniel P. Moylan
> Federal Bar No. 024719
> Venable, Baetjer and Howard, LLP
> 210 Allegheny Avenue
> P.O. Box 5517
> Towson, Maryland  21285-5517
> (410) 494-6200
>
> Attorneys for Plaintiff/Counter-Defendant
> Ajilon, LLC