IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| AJILON, LLC, | * | |
|     Plaintiff/Counter-Defendant, | * | |
| v. | * | Civil Action No. WDQ-02-4075 |
| SOFSTOL RESOURCES, INC. | * | |
|     Defendant/Counter-Plaintiff. | * | |

\* \* \* \* \* \* \* \* \*

### NOTICE OF SERVICE

I HEREBY CERTIFY on this 18th day of April, 2003, that a copy of

**PLAINTIFF/COUNTER-DEFENDANT AJILON SERVICES, INC.'S REQUESTS FOR PRODUCTION OF DOCUMENTS**, was mailed, first class mail, postage prepaid, to:

    Chirag V. Patel, Esquire
    Suite 300
    2225 Saint Paul Street
    Baltimore, Maryland  21218-5806

    Attorneys for Defendant/
    Counter-Plaintiff Softsol Resources, Inc.

                                                  */s/*
                                        Charles J. Morton, Jr.
                                        Federal Bar No. 8739
                                        Daniel P. Moylan
                                        Federal Bar No. 024719
                                        Venable, Baetjer and Howard, LLP
                                        210 Allegheny Avenue
                                        P.O. Box 5517
                                        Towson, Maryland  21285-5517
                                        (410) 494-6200

                                        Attorneys for Plaintiff/Counter-Defendant
                                        Ajilon, LLC