ORIGINAL



$50 FEE PAID
# 194990
FEE NOT PAID
(SEND LETTER)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

AJILON LLC

        Plaintiff,

      vs.

SOFTSOL RESOURCES, INC

        Defendant

Case no.  L 02 CV 4075

SOFTSOL RESOURCES, INC.

      Counter Claimant

      vs.

AJILON LLC

      Counter Defendant

\* \* \* \* \*



## MOTION FOR ADMISSION *PRO HAC VICE*

I, Chirag V. Patel, am a member in good standing of the bar of this Court.  My bar number is 024759.  I am moving the admission of Edgar Allen Saenz to appear *pro hac vice* in this case as counsel for Softsol Resources, Inc

We certify that:

1    The proposed admittee is a member in good standing of the bars of the following State



U.S. District Court
Motion - Pro Hac Vice – Edgar A. Saenz

Case No.: 02CV4075

courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of California | December 11, 1986 |
| Central District of California | December 18, 1986 |
| Northern District of California | November 2, 1993 |
| Southern District of California | October 9, 1998 |
| Eastern District of California | October 8, 2002 |

2.      During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

3.      The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court

5.      The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court

6.      The undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings

7. The $50.00 fee for admission *pro hac vice* is enclosed

Respectfully submitted,

MOVANT                                    ADMITTEE


_____                 _____
Signature                                 Signature

CHIRAG V. PATEL                           EDGAR A. SAENZ
Law Offices of Chirag V. Patel            The Chugh Firm
2225 Saint Paul Street, Suite 300         13304 Alondra Boulevard, 2nd Floor
Baltimore, Maryland 21218-5806            Cerritos, California 90703-2263

Telephone:    (410) 366-0494              Telephone:    (562) 229-1220
Facsimile:    (410) 366-6182              Facsimile:    (562) 229-1221

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

U.S. District Court                                   Case No.: 02CV4075
Motion - Pro Hac Vice – Edgar A. Saenz