$50 **FEE PAID**
# 1194990
**FEE NOT PAID**
(SEND LETTER)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**ORIGINAL**

AJILON LLC

           Plaintiff,

    vs.

SOFTSOL RESOURCES, INC.

           Defendant

Case no.: L 02 CV 4075

---

SOFTSOL RESOURCES, INC.

        Counter Claimant

    vs.

AJILON LLC

        Counter Defendant

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 JUN 16 P 2: 37
DEPUT
S.O.
TKA
Y

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Chirag V. Patel, am a member in good standing of the bar of this Court. My bar number is 024759. I am moving the admission of Navneet S. Chugh to appear *pro hac vice* in this case as counsel for Softsol Resources, Inc.

We certify that:

1.    The proposed admittee is a member in good standing of the bars of the following State

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 JUN 17 P 3: 35
...'S OFFICE
AT BALTIMORE
DEPUTY

courts and/or United States Courts:

| Court | Date of Admission |
|-------|-------------------|
| State of California | December 14, 1992 |

2.      During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

3.      The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6.      The undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      The $50.00 fee for admission *pro hac vice* is enclosed.

Respectfully submitted,


**MOVANT**                                    **ADMITTEE**




_Signature_                                   _Signature_

CHIRAG V. PATEL                               NAVNEET S. CHUGH
Law Offices of Chirag V. Patel                The Chugh Firm
2225 Saint Paul Street, Suite 300             13304 Alondra Boulevard, 2nd Floor
Baltimore, Maryland 21218-5806                Cerritos, California 90703-2263

Telephone:    (410) 366-0494                  Telephone:    (562) 229-1220
Facsimile:    (410) 366-6182                  Facsimile:    (562) 229-1221