IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AJILON LLC | * |
| Plaintiff, | * |
| | * Case no.: L 02 CV 4075 |
| SOFTSOL RESOURCES, INC. | * |
| Defendant | * |

| | |
|---|---|
| SOFTSOL RESOURCES, INC. | * |
| Counter Claimant | * |
| vs. | * |
| AJILON LLC | * |
| Counter Defendant | * |

\* \* \* \* \*

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 1 7 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ORDER FOR ADMISSION *PRO HAC VICE*

This Court has read and considered the Motion for Admission *Pro Hac Vice* in this case on behalf of Navneet S. Chugh, Esq.

Said motion is hereby granted and said counsel can appear *Pro Hac Vice* as counsel for Softsol Resources, Inc.

6-17-03
Date

Felicia C. Cannon
Clerk, United States District Court
by: _____

U.S. District Court
Order - Pro Hac Vice – Navneet S. Chugh

Case No.: 02CV4075