## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| AJILON, LLC, | * |
|     Plaintiff/Counter-Defendant, | * |
| v. | *   Civil Action No. WDQ-02-4075 |
| SOFTSOL RESOURCES, INC., | * |
|     Defendant/Counter-Plaintiff. | * |

\* \* \* \* \* \* \* \* \*

### NOTICE OF SERVICE

I HEREBY CERTIFY on this 4th day of August, 2003, that on the 1st day of August, 2003, **Plaintiff/Counter-Defendant Ajilon, LLC's Motion to Compel, Memorandum in Support thereof, and proposed Order** were served via facsimile and first class mail and a copy of this **Notice** was served electronically on:

    Chirag V. Patel, Esquire
    Suite 300
    2225 Saint Paul Street
    Baltimore, Maryland  21218-5806

    Attorneys for Defendant/
    Counter-Plaintiff Softsol Resources, Inc.

                              /s/
                          Charles J. Morton, Jr.
                          Federal Bar No. 8739
                          Daniel P. Moylan
                          Federal Bar No. 024719
                          Venable, Baetjer and Howard, LLP
                          210 Allegheny Avenue
                          P.O. Box 5517
                          Towson, Maryland  21285-5517
                          (410) 494-6200

                          Attorneys for Plaintiff/Counter-Defendant
                          Ajilon, LLC

TO1DOCS1/#166113 v1