# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| AJILON, LLC, | * |
|     Plaintiff/Counter-Defendant, | * |
| v. | *   Civil Action No. WDQ-02-4075 |
| SOFTSOL RESOURCES, INC., | * |
|     Defendant/Counter-Plaintiff. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## AJILON, LLC'S MOTION TO COMPEL

Plaintiff/Counter-Defendant Ajilon, LLC, by its undersigned attorneys, pursuant to Local Rule 104.8, hereby moves to compel the supplementation of Defendant/Counter-Plaintiff Softsol Resources, Inc.'s Answers to Ajilon's Interrogatories; and to compel a response to Ajilon's Requests for Production of Documents to Softsol. The grounds for this motion, are set forth in the memorandum in support hereof.

 

_____
Charles J. Morton, Jr.
Federal Bar No. 8739
Daniel P. Moylan
Federal Bar No. 024719
Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, Maryland 21285-5517
(410) 494-6200

Attorneys for Plaintiff/Counter-Defendant
Ajilon, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August, 2003, **Plaintiff/Counter-Defendant Ajilon, LLC's Motion to Compel, Memorandum in Support thereof and proposed Order** were served via facsimile and first class mail on:

> Chirag V. Patel, Esquire
> Suite 300
> 2225 Saint Paul Street
> Baltimore, Maryland  21218-5806
>
> Attorneys for Defendant/
> Counter-Plaintiff Softsol Resources, Inc.

                                                                        _____
                                                                        Daniel P. Moylan
                                                                        Federal Bar No. 024719

TO1DOCS1/DPM01/#165986 v1