**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| AJILON, LLC, | * | |
| Plaintiff/Counter-Defendant, | * | |
| v. | * | Civil Action No. WDQ-02-4075 |
| SOFTSOL RESOURCES, INC., | * | |
| Defendant/Counter-Plaintiff. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*

## ORDER

UPON CONSIDERATION of the Motion to Compel filed by Ajilon, LLC, Plaintiff/Counter-Defendant, and Defendant/Counter-Plaintiff's opposition thereto, if any, it is this _____ day of August, 2003, hereby

ORDERED that Plaintiff's Motion is granted, and Defendant shall supplement its Answers to Ajilon, LLC's Interrogatories and respond to Ajilon, LLC's Requests for Production of Documents to Softsol, Inc., as requested in Plaintiff's Motion, within _____ days of the date of this Order.

_____
Honorable William D. Quarles
United States District Court Judge