IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| AJILON, LLC, | * |
|     Plaintiff/Counter-Defendant, | * |
| v. | *   Civil Action No. WDQ-02-4075 |
| SOFTSOL RESOURCES, INC., | * |
|     Defendant/Counter-Plaintiff. | * |

\* \* \* \* \* \* \* \* \*

### NOTICE OF SERVICE

I HEREBY CERTIFY on this 5th day of September, 2003, that **Plaintiff/Counter-Defendant Ajilon, LLC's Motion to Compel Corporate Designee Deposition, Memorandum in Support thereof, and proposed Order** and a copy of this **Notice** was served electronically on:

>Chirag V. Patel, Esquire
>Suite 300
>2225 Saint Paul Street
>Baltimore, Maryland  21218-5806
>
>Attorneys for Defendant/
>Counter-Plaintiff Softsol Resources, Inc.

>                /s/
>Charles J. Morton, Jr.
>Federal Bar No. 8739
>Daniel P. Moylan
>Federal Bar No. 024719
>Venable LLP
>210 Allegheny Avenue
>P.O. Box 5517
>Towson, Maryland  21285-5517
>(410) 494-6200
>
>Attorneys for Plaintiff/Counter-Defendant
>Ajilon, LLC

TO1DOCS1/#168236 v1