# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| AJILON, LLC, | * |
|     Plaintiff/Counter-Defendant, | * |
| v. | *   Civil Action No. WDQ-02-4075 |
| SOFTSOL RESOURCES, INC., | * |
|     Defendant/Counter-Plaintiff. | * |

\* \* \* \* \* \* \* \* \*

### AJILON, LLC'S MOTION TO COMPEL CORPORATE DESIGNEE DEPOSITION

Plaintiff/Counter-Defendant Ajilon, LLC, by its undersigned attorneys, pursuant to Local Rule 104.8 and Fed. R. Civ. P. 37(a), hereby moves to compel the corporate designee deposition of Defendant/Counter-Plaintiff Softsol Resources, Inc. The grounds for this motion, are set forth in the memorandum in support hereof.

 

                                                                /s/
                                        Charles J. Morton, Jr.
                                        Federal Bar No. 8739
                                        Daniel P. Moylan
                                        Federal Bar No. 024719
                                        Venable LLP
                                        210 Allegheny Avenue
                                        P.O. Box 5517
                                        Towson, Maryland  21285-5517
                                        (410) 494-6200

                                        Attorneys for Plaintiff/Counter-Defendant
                                        Ajilon, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September, 2003, **Plaintiff/Counter-Defendant Ajilon, LLC's Motion to Compel Corporate Designee Deposition, Memorandum in Support thereof and proposed Order** were served electronically on:

> Chirag V. Patel, Esquire
> Suite 300
> 2225 Saint Paul Street
> Baltimore, Maryland  21218-5806
>
> Attorney for Defendant/
> Counter-Plaintiff Softsol Resources, Inc.

                                                       /s/
                                            Daniel P. Moylan
                                            Federal Bar No. 024719

TO1DOCS1/DPM01/#168233 v1