IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**(Northern Division)**

| | | |
|---|---|---|
| AJILON, LLC, | * | |
|     Plaintiff/Counter-Defendant, | * | |
| v. | * | Civil Action No. WDQ-02-4075 |
| SOFTSOL RESOURCES, INC., | * | |
|     Defendant/Counter-Plaintiff. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

**MEMORANDUM IN SUPPORT OF AJILON, LLC'S
MOTION TO COMPEL CORPORATE DESIGNEE DEPOSITION**

Plaintiff/Counter-Defendant Ajilon, LLC ("Ajilon"), by its undersigned attorneys, hereby files this Memorandum in Support of its Motion to Compel Corporate Designee Deposition, and for reasons states as follows:

Ajilon noticed the corporate designee deposition of Defendant/Counter Plaintiff Softsol Resources, Inc. ("Softsol") for September 5, 2003, at 10:00 am in the offices of Venable LLP, 210 Allegheny Avenue, Towson, Maryland 21285. See Deposition Notice, attached as ***Exhibit A***, and incorporated herein by reference. Softsol, through its local attorney, Chirag Patel, expressed that it may not be able to appear for said deposition.

On the evening of September 3, 2003, Mr. Patel emailed Ajilon's counsel, Mr. Moylan, informing him that Softsol would not produce a corporate designee for deposition on September 5 as requested by Ajilon. Mr. Patel further informed Mr. Moylan that Softsol would

produce a corporate designee for deposition "in a few weeks."  <u>See</u> Email Correspondence, attached as ***Exhibit B***, and incorporated herein by reference.

Pursuant to Fed. R. Civ. P. 37(a), a party, upon reasonable notice to other parties, may move for an order compelling discovery.  Softsol refuses to make a corporate designation under Fed. R. Civ. P. 30(b)(6) and produce that person for deposition on September 5, 2003, as requested by Ajilon.  The undersigned attempted to resolve this impasse with Softsol's attorney, but was unable to do so.  <u>See</u> Local Rules 104.7 and 104.8(c) Certificate of Conference, attached as ***Exhibit C***, and incorporated herein by reference.

Therefore, as Softsol has refused to produce a corporate designee for deposition as requested by Ajilon before the close of discovery, Ajilon hereby moves this Court to compel the corporate designee deposition of Softsol.

    /s/
Charles J. Morton, Jr.
Federal Bar No. 8739
Daniel P. Moylan
Federal Bar No. 024719
Venable LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, Maryland  21285-5517
(410) 494-6200

Attorneys for Plaintiff/Counter-Defendant
Ajilon, LLC

TO1DOCS1/DPM01/#168235 v1