**EXHIBIT B**

## Moylan, Daniel P.

**From:** Chirag V. Patel [CVPLaw@comcast.net]
**Sent:** Wednesday, September 03, 2003 8:27 PM
**To:** Moylan, Daniel P.
**Subject:** Softsol Issues

Dan,

Softsol will not be appearing for deposition on Friday. However, CA counsel indicated that someone would be available in a few weeks. I will call you tomorrow morning regarding the same.

Chirag

9/4/2003