**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| AJILON, LLC, | * | |
| Plaintiff/Counter-Defendant, | * | |
| v. | * | Civil Action No. WDQ-02-4075 |
| SOFTSOL RESOURCES, INC., | * | |
| Defendant/Counter-Plaintiff. | * | |

\* \* \* \* \* \* \* \* \*

**CERTIFICATE OF CONFERENCE**

Plaintiff/Counter-Defendant Ajilon, LLC ("Ajilon"), by its undersigned attorneys, pursuant to Local Rule 104.7 sets forth this Certificate of Conference to certify that it attempted to resolve its discovery dispute with Defendant/Counter-Plaintiff Softsol Resources, Inc. ("Softsol") regarding the taking of Softsol's corporate designee deposition.

Counsel for Ajilon, Daniel P. Moylan, conferred with counsel for Softsol, Chirag Patel, on August 27, September 2, and September 4, 2003 by telephone, regarding Softsol's corporate designee deposition. Mr. Moylan's attempts to confer with Mr. Patel regarding the deposition were not successful – Softsol claimed to be unable to appear for deposition and on September 3 and September 4 stated its refusal to appear for deposition on September 5.

                                            /s/
                              Charles J. Morton, Jr.
                              Federal Bar No. 8739
                              Daniel P. Moylan
                              Federal Bar No. 024719
                              Venable LLP
                              210 Allegheny Avenue
                              P.O. Box 5517
                              Towson, Maryland  21285-5517
                              (410) 494-6200

                              Attorneys for Plaintiff/Counter-Defendant
                              Ajilon, LLC

TO1DOCS1/DPM01/#168249v1