## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| AJILON, LLC, | * | |
| Plaintiff/Counter-Defendant, | * | |
| v. | * | Civil Action No. WDQ-02-4075 |
| SOFTSOL RESOURCES, INC., | * | |
| Defendant/Counter-Plaintiff. | * | |

\* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION of the Motion to Compel Corporate Designee Deposition filed by Ajilon, LLC, Plaintiff/Counter-Defendant, and Defendant/Counter-Plaintiff's opposition thereto, if any, it is this _____ day of September, 2003, hereby

ORDERED that Plaintiff's Motion is granted, and Defendant shall produce a corporate designee for deposition, as requested in Plaintiff's Motion, within _____ days of the date of this Order.

_____
Honorable William D. Quarles
United States District Court Judge

#168237 v1