# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                                   Reply to Northern Division Address

September 2, 2003

**Chirag V Patel**
Chirag V Patel PA
2225 St Paul St Ste 300
Baltimore, MD 21218

                              Re     Case No. L-02-4075

Dear Counsel/Party

    The Clerk received your Notice of Service on September 2, 2003 ; however, it is deficient in the area(s) checked below and is being returned to you.

**Failure to meet requirements of Local Rules 101 & 102:**
☐ Member of Bar of this Court has not signed pleading.
☐ Proper Person - out of state - must furnish Court with memo of location in Maryland where notices, etc. may be served.
☐ Corporation may not represent itself through its officers.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
☐ Discovery motions, responses and replies to motions must be filed **with original and two copies**.
☐ Depositions not to be filed unless in support of a motion.
☐ Discovery material received.
☐ Motion to Compel filed - not in accordance with Local Rule 104.8.
☐ Discovery motion filed - not in accordance with Local Rule 104.7.

**Failure to meet requirements of Local Rule 102 & Fed.R.Civ.P. 5:**
☐ Certificate of Service not affixed to pleading.
☐ Certificate of Service not dated.
☐ Certificate of Service not signed.
☐ Attachments or exhibits missing.
☐ Pleadings must be filed on 8½" x 11" paper (this includes exhibits and attachments; please reduce accordingly).

**Miscellaneous:**
☐ Pleading does not contain original signature(s).
☐ Pleading pertains to more than one file. Original and appropriate copies required for each file unless cases consolidated for all purposes.
☐ Incorrect caption or civil action number. Unable to match with case.
☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
☐ Pleading or paper must be filed electronically.
☒ *Notices of service of discovery requests and responses should not be filed with the court.*

                                   Very truly yours,

                                   _____
                                   Benson E. Legg
                                   United States District Judge

cc:  Other counsel/party

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov