UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

September 26, 2003

Charles J. Morton, Jr., Esquire
Daniel Patrick Moylan, Esquire
Venable Baetjer and Howard, LLP
210 Allegheny Avenue
Towson, Maryland   21285-5517

Chirag V. Patel, Esquire
Chirag V. Patel, PA
2225 St. Paul Street, Suite 300
Baltimore, Maryland   21218

Edgar A. Saenz, Esquire
Navneet S. Chugh, Esquire
13304 Alondra Boulevard, 2nd Flr
Cerritos, California   90703-2263

Subject: *Ajilon, LLC v. Softsol Resources, Inc.*
Civil No. WDQ-02-4075

Dear Counsel:

Plaintiff's counsel, in a supplemental Status Report to the Court (Paper No. 29), has suggested that a change in the schedule of the case will enhance prospects for both a smoother discovery process and the likelihood of settlement. The suggestion appears reasonable, and there has been no objection to it forthcoming from the defendant. Finally, Judge Quarles has authorized me to make such changes in the schedule as I deem necessary. Accordingly, the case schedule now in place is hereby adjusted as follows:

<u>Discovery Deadline</u>                                                                                     November 28, 2003

<u>Requests for Admission</u>                                                                              January 9, 2004

<u>Dispositive pretrial motions deadline</u>                                                       January 23, 2004

The settlement conference set by my Order (Paper No. 31) will proceed as scheduled. Although informal, this letter constitutes an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/

James K. Bredar
United States Magistrate Judge

JKB/cw
cc: The Hon. William D. Quarles
    Court file

Letter to Counsel - *Nat'l Union Fire Ins Co v. Allfirst Bank*
Page Two
September 11, 2002

    Chambers file