IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AJILON LLC | : |
| | : |
| vs. | CIVIL ACTION NO. WDQ-02-4075 |
| | : |
| SOFTSOL RESOURCES, INC. | : |

### ORDER

This action having been referred to the undersigned for scheduling and for disposition of discovery disputes; and, plaintiff having moved to compel a deposition of the defendant pursuant to Fed. R. Civ. P. 30(b)(6) (Paper No. 24); and, that motion being ripe and ready for disposition, no opposition having been filed; and, this matter also having been referred to the undersigned for the purpose of a settlement conference which will take place on December 11, 2003; it is hereby ORDERED this 30th day of October, 2003, that plaintiff's motion to compel discovery (Paper No. 24) is HELD SUB CURIA until the completion of the aforesaid settlement conference.

BY THE COURT:

/s/

_____
JAMES K. BREDAR
United States Magistrate Judge