UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| AJILON, LLC, | ) |
|     Plaintiff, | ) ) ) |
|     v. | )   Civil Action No.  02-04075-WDQ ) |
| SOFTSOL RESOURCES, INC. | ) ) |
|     Defendant. | ) ) |

**ENTRY OF APPEARANCE**

Clerk:

    Please enter the appearance of Martin H. Schreiber II as attorney for Defendant/Counter-Claimant Softsol, Inc.

Respectfully submitted,

/s/
Martin H. Schreiber II (Fed Bar No. 09792)
BROWN, GOLDSTEIN & LEVY, LLP
The SunTrust Building, Suite1700
120 East Baltimore Street
Baltimore, MD  21202
Tel:  410-962-1030
Fax:  410-385-0869
*mhs@browngold.com*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of November, 2003, a copy of the foregoing Entry of Appearance was served electronically by the District of Maryland CM/ECF system on:

Charles J. Morton, Jr.
*cjmorton@venable.com*

Daniel Patrick Moylan
*dpmoylan@venable.com*

Chirag V. Patel
*CVPLaw@comcast.net*

and by First Class mail on:

Navneet S. Chugh
The Chugh Firm
Second Floor
13304 Alondra Blvd.
Cerritos, CA 90703-2263

 

                                                  /s/
                                     Martin H. Schreiber II