UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| AJILON, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SOFTSOL RESOURCES, INC.<br><br>      Defendant. | Civil Action No.  02-04075-WDQ |

## AGREED EXTENSION OF TIME TO FINALIZE SETTLEMENT

Plaintiff, Ajilon, LLC, and Defendant, Softsol Resources, Inc., by their undersigned counsel submit this Agreed Extension of Time to Finalize Settlement and state as follows:

1. On December 11, 2003, the parties settled this case during a settlement conference with Hon. James Bredar. The terms of the settlement are unusually complex, and involve several transactions that are expected to take place in the next year.

2. On December 12, 2003, the Court entered a Settlement Order (Doc. # 35), pursuant to Local Rule 111. The Settlement Order dismissed the action and provided that the dismissal would become "with prejudice" if no party moved to reopen within 30 days.

3. The parties are cooperating in good faith to draft and execute the final settlement papers within the 30-day limit, which will expire on January 11, 2004. Because the settlement is complex, it is taking longer than usual to finalize the paperwork.

4. The parties have agreed to extend the dismissal-with-prejudice-deadline another 30 days, until February 11, 2004, to allow adequate additional time to finish the necessary paperwork.

5. The agreed extension is in the interest of justice and judicial economy because it will promote the settlement of this case without further litigation.

WHEREFORE, the parties request the Court's approval of this agreement.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Martin H. Schreiber II (Fed Bar No. 09792) | Daniel P. Moylan (Federal Bar No. 024719) |
| BROWN, GOLDSTEIN & LEVY, LLP | VENABLE, BAETJER and HOWARD, LLP |
| The SunTrust Building, Suite1700 | 210 Allegheny Avenue |
| 120 East Baltimore Street | P.O. Box 5517 |
| Baltimore, MD  21202 | Towson, MD 21285-5517 |
| Tel:  410-962-1030 | Tel: 410-494-6200 |
| Fax:  410-385-0869 | Fax: 410-821-0147 |
| mhs@browngold.com | dpmoylan@venable.com |
| Attorneys for Softsol Resources, Inc. | Attorneys for Ajilon, LLC |

APPROVED this _____ day of January, 2004.

_____
United States District Judge