UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**(Northern Division)**

| | |
|---|---|
| AJILON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  02-04075-WDQ |
| | ) |
| SOFTSOL RESOURCES, INC. | ) |
| | ) |
| Defendant. | ) |

## AGREED EXTENSION OF TIME TO FINALIZE SETTLEMENT

Plaintiff, Ajilon, LLC, and Defendant, Softsol Resources, Inc., by their undersigned counsel submit this Agreed Extension of Time to Finalize Settlement and state as follows:

1. On December 11, 2003, the parties settled this case during a settlement conference with Hon. James Bredar. The terms of the settlement are unusually complex and involve several transactions, including transfers of stock and cash from a third party in a related bankruptcy case.

2. On December 12, 2003, the Court entered a Settlement Order (Doc. # 35), pursuant to Local Rule 111. The Settlement Order dismissed the action and provided that the dismissal would become "with prejudice" if no party moved to reopen within 30 days.

3. On January 7, 2004, the parties jointly filed an "Agreed Extension of Time to Finalize Settlement." The parties explained therein that the settlement was very complicated and it was taking longer than usual to finalize the paperwork. The court agreed to extend the dismissal-with-prejudice deadline until February 12, 2004.

4. The parties are continuing to cooperate in good faith to draft and execute the final

settlement papers. However, we have not finished and need some additional time to do so. Accordingly, the parties have agreed to extend the dismissal-with-prejudice-deadline another 30 days, until March 13, 2004, to allow adequate time to finish and execute the necessary paperwork.

5. The agreed extension is in the interest of justice and judicial economy because it will promote the settlement of this case without further litigation.

WHEREFORE, the parties request the Court's approval of this agreement.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Martin H. Schreiber II (Fed Bar No. 09792) | Daniel P. Moylan (Federal Bar No. 024719) |
| BROWN, GOLDSTEIN & LEVY, LLP | VENABLE, BAETJER and HOWARD, LLP |
| The SunTrust Building, Suite 1700 | 210 Allegheny Avenue |
| 120 East Baltimore Street | P.O. Box 5517 |
| Baltimore, MD 21202 | Towson, MD 21285-5517 |
| Tel: 410-962-1030 | Tel: 410-494-6200 |
| Fax: 410-385-0869 | Fax: 410-821-0147 |
| mhs@browngold.com | dpmoylan@venable.com |

APPROVED, on this _____ day of _____ , 2004 (*nunc pro tunc* February 12, 2004).

_____
United States District Judge